UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
JOHN FITZGERALD KENNEDY, HILDA KENNEDY           08 CIV 3969 (PAC) (GWG)
and WILLIAM HENRY KENNEDY,
                                                 RULE 7.1 STATEMENT
                    Plaintiffs,

     -against-

RELATED MANAGEMENT and THE RELATED
COMPANIES,

                    Defendants.
------------------------------------------X

     The defendants, Related Management Company, L.P., s/h/a Related Management, and The Related Companies, L.P., s/h/a The Related Companies, certify, pursuant to Rule 7.1, that neither is a publicly traded corporation; that neither has a parent corporation nor is there any corporation that has an interest therein of 10% or more.

Dated:    New York, New York
          May 19, 2008

                              JONES HIRSCH CONNORS & BULL P.C.

                              By: _____
                                   Warren A. Herland (WH5544)
                                   A Principal Of The Firm

                              Attorneys for Defendants
                              Related Management Company, L.P.
                               and The Related Companies, L.P.
                              Office & P.O. Address
                              One Battery Park Plaza
                              New York, New York 10004
                              Tel: (212) 527-1000

725997

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LYNEL J. TAYLOR, being duly sworn, deposes and says:

I am not a party to the action, I am over 18 years of age and reside in Hudson County, New Jersey.

On the 19th day of May, 2008, deponent served the within:

RULE 7.1 STATEMENT

UPON:

Paul B. Dalnoky, Esq.
Attorney for Plaintiffs
333 East 6th Street
(Apt. 1N)
New York, New York 10003
Tel. No.: (212) 260-4386

at the addresse(s) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
LYNEL J. TAYLOR

Sworn to before me this
19th day of May, 2008

_____
NOTARY PUBLIC

DEBORAH A. DERENZIS
Notary Public, State of New York
No. 01DE6089503
Qualified in Richmond County
Commission Expires March 24, 20__