UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JOHN FITZGERALD KENNEDY, HILDA KENNEDY       08 CIV 3969 (PAC) (GWG)
and WILLIAM HENRY KENNEDY,

                                                                               ANSWER

                Plaintiffs,

    -against-

RELATED MANAGEMENT and THE RELATED
COMPANIES,

                Defendants.
----------------------------------------X

    The defendants, Related Management Company, L.P., s/h/a Related Management, and The Related Companies, L.P., s/h/a The Related Companies, as and for their answer to the complaint, respectfully allege, upon information and belief, as follows:

### Preliminary Statement

    1.   Deny knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in paragraph "1", and refer to the complaint for the allegations made therein and, further, respectfully refer all questions of law to the Court.

### Jurisdiction

    2.   Deny knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in paragraphs "2" and "3" and respectfully refer all questions of law to the Court.

### Venue

3.  Deny knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in paragraph "4" and respectfully refer all questions of law to the Court.

### Parties

4.  Deny knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in paragraph "5".

5.  Deny each and every allegation set forth in paragraphs "6", "7", "8" and "9".

### Factual Allegations

6.  Admit each and every allegation set forth in paragraphs "10", "11" and "12", except respectfully refer all questions of law to the Court.

7.  Deny knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in paragraphs "13" and "14".

8. Deny each and every allegation set forth in paragraphs "15", "16", "17", "18", "19", "20", "21", "22", "23" and "24", except admit that defendants did not contact Hilda Kennedy's ophthalmologist and that defendants rejected plaintiffs' application.

9. Deny each and every allegation set forth in paragraphs "25", "26", "27", "28", "29", "30", "31" and "32", except admit that plaintiff submitted said Brief and that plaintiffs' application herein was rejected.

### First Affirmative Defense

10. The plaintiffs have failed to state a cause of action against defendants as a matter of law.

### Second Affirmative Defense

11. The plaintiffs' complaint improperly fails to specify any relief being requested herein.

### Third Affirmative Defense

12. The plaintiffs' complaint should be dismissed as plaintiffs have failed to pursue and/or exhaust their administrative remedies.

### Fourth Affirmative Defense

13. Upon information and belief, the court lacks *in personam* jurisdiction as the plaintiffs have failed to properly serve the summons and complaint upon the defendants.

WHEREFORE, the defendants, Related Management Company, L.P., s/h/a Related Management, and The Related Companies, L.P., s/h/a The Related Companies, demand judgment dismissing the complaint against them, with prejudice, together with their costs, disbursements, and attorneys fees, and granting to said defendants such other further and different relief as may be just in the premises.

Dated:   New York, New York
         May 19, 2008

                                    JONES HIRSCH CONNORS & BULL P.C.

                              By:   _____
                                    Warren A. Herland (WH5544)
                                    A Principal Of The Firm

                                    Attorneys for Defendants
                                    Related Management Company, L.P.
                                    and The Related Companies, L.P.
                                    Office & P.O. Address
                                    One Battery Park Plaza
                                    New York, New York 10004
                                    Tel: (212) 527-1000

TO:  Paul B. Dalnoky, Esq.
     Attorney for Plaintiffs
     333 East 6th Street
     (Apt. 1N)
     New York, New York 10003
     Tel. No.: (212) 260-4386

726000

-4-

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LYNEL J. TAYLOR, being duly sworn, deposes and says:

I am not a party to the action, I am over 18 years of age and reside in Hudson County, New Jersey.

On the 19th day of May, 2008, deponent served the within:

ANSWER

UPON:

    Paul B. Dalnoky, Esq.
    Attorney for Plaintiffs
    333 East 6th Street
    (Apt. 1N)
    New York, New York 10003
    Tel. No.: (212) 260-4386

at the addresse(s) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
LYNEL J. TAYLOR

Sworn to before me this
19th day of May, 2008

_____
NOTARY PUBLIC

DEBORAH A. DERENZIS
Notary Public, State of New York
No. 01DE6089503
Qualified in Richmond County
Commission Expires March 24, 2011